[*161]

———————

GARRET N. BLEECKER *et al.* agt. ABRAHAM J. STORMS.

In an affidavit for motion to change the venue, defendant must state "that he has fully and *fairly* stated his case to his counsel" *in the proper form;* the regular form for such an affidavit should be followed.

*June Term,* 1846.

MOTION by defendant to remove this cause from the New-York common pleas into this court, and to change the venue.

Defendant's affidavit upon which the motion was founded was objected to as insufficient; that part of it which was alleged to be objectionable read as follows: " And this deponent further says that he has a good and substantial defence on the merits in the said cause, as he is advised by Henry

Brewster, who resides in the city of New-York, and who is counsel for deponent in said cause, and as he verily believes. (And he further says that one ground of defence to the said action is, that the iron for which this suit is brought, or a large part of the same, was of a very different and inferior quality to that contracted for and ordered of the said plaintiffs.) And this deponent further says that he has stated the case in the cause so commenced as aforesaid to his said counsel; and he further says, George S. Myers and others (naming them) all reside at Nyack, in said county of Rockland, and that the above named persons are each and every of them material witnesses for this deponent, to his defence in said cause, as he is advised by his said counsel and verily believes; and he further says that he has fully stated his case to his said counsel, and disclosed to him the facts which he expects to prove by each and every of his said witnesses, and that without the benefit of the testimony of each and every of the said witnesses he can not safely proceed to the trial of this cause, as he is also advised by his counsel, and verily believes to be true; and this deponent therefore says he is advised and believes the trial in this cause should be held in Rockland county, and not in the city of New-York.

S. O. SHEPARD, *defendant's counsel.*
H. BREWSTER, *defendant's attorney.*
G. R. J. BOWDOIN, *plaintiffs' counsel.*
C. H. SMITH, *plaintiffs' attorney.*

JEWETT, Justice. Denied the motion, with costs, on the ground that the affidavit was informal and defective; defendant did not state that he *had fully and fairly* [*162] *stated his case to his counsel* in the proper form, he had not stated that he had *fairly* stated it anywhere; he should require the regular form to be followed.